I concur with all parts of the main opinions except I dissent from the reversal of the amount of monthly payments the trial court ordered the father to make on his past-due periodic alimony. "The issue before the court . . . is whether the husband currently has the financial ability to comply with the terms of the trial court's latest order." See Cook v. Cook,578 So.2d 1354, 1357 (Ala.Civ.App. 1991).
 "[I]f the ability of a party to pay [spousal] support is so exceeded that the [payor] is unable to meet his own cost of self-maintenance without sinking into insolvency, the best interests of the [payee spouse] are not served. Pruett v. Pruett, 333 So.2d 580
(Ala.Civ.App. 1976)."
578 So.2d at 1358.
MURDOCK, J., concurs.